UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ELINOR FELDMAN,<br><br>           Plaintiff,<br>       vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>           Defendant.<br>_____ | Case No. ED CV 11-963 AG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and related pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendant.

DATE: May 31, 2012

_____
HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE