UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ELINOR FELDMAN,<br><br>        Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>        Defendant.<br>_____ | Case No. ED CV 11-963 AG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED. Judgment shall be entered in favor of Defendant.

DATE: May 31, 2012

_____
HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE